UNITED STATES DISTRICT COURT
FOR THE DISTRICT

IN RE UNITED STATES v. DAVID LEGGETT

CASE NUMBER 1:07MS00043

JUDGE: Paul L. Friedman

DECK TYPE: Miscellanous

DATE STAMP: 01/29/2007

) Superior Ct. Case No. 2006 CF3 19472
) Subpoena matter
)

FILED
JAN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF REMOVAL OF SUBPOENA

Court Services and Offender Supervision Agency (CSOSA), through undersigned counsel, respectfully notifies the Court as follows:

1. CSOSA has been issued a subpoena Duces Tecum by Defendant to provide drug test results of a Michael Duvall in United States v. David Leggett, pending in the Superior Court of the District of Columbia, Case No. CF-3- 19472-06.

2. A copy of the subpoena is attached hereto.

3. CSOSA will move to quash, relying on federal law, within five days of the removal of this action or such time as this Court shall order.

4. This notice of removal is brought pursuant to 28 U.S.C. § 1442(a) and Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995).

WHEREFORE, this matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and Brown & Williamson Tobacco Corp. v. Williams, supra.

Dated: January 29, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Room 10-806
Washington, D.C.  20530
(202) 305-1334

*IN FORMA PAUPERIS*

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA
*DUCES TECUM*

UNITED STATES ~~DISTRICT OF COLUMBIA~~

vs.

David Leggett

Case No. 2006 CF3 19472

To: Custodian of Records for D.C. Court Services & Offender Supervision Agency (CSOSA) or authorized designate, 633 Indiana Avenue N.W., Wash DC

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom **311** Judge Harold Cushenberry of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the **25th** day of **January**, 20**07**, at **9:30** a.m. / ~~p.m.~~ as a witness for **the defense of David Leggett**

☐ and bring with you ~~~~ records pertaining to Michael E. Duvall, DOB 6-5-55, SSN 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, PDID 367966 ~~~~, drug test results ~~~~

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this **24th** day of **January**, 20**07**.

_____ _____
Officer in Charge    District

**Reginald Williamson**
Attorney for ~~Government~~/Defendant

Phone No. **202 824-2757**

Clerk, Superior Court of the District of Columbia

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

**1/24/07**   _____
Date              Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☐ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
|  |  |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
|  | 1-24-07  5:11 pm |

| REMARKS | Signature of Title of Server |
|---|---|
|  | Reginald Williamson |

CD-1072/Jan. 00                                                     *U.S. GPO: 2000-520-516/94582

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE UNITED STATES v. DAVID LEGGETT )
)
)
) Misc. Civil Action No.
) Super. Ct. Case No. 2006 CF3 19472
) Subpoena matter
)

## VERIFICATION

1. I am an Assistant United States Attorney for the District of Columbia, and am making an appearance on behalf of the Court Services and Offender Supervision Agency CSOSA.

2. I have reviewed the materials provided by the defendant and upon information and belief, the allegations contained in the Notice of Removal of a Subpoena Duces Tecum are true.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 29, 2007

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of January, 2007, I caused service of the following: Notice of Filing of Notice of Removal, Notice of Removal, and an Attorney Verification, to be made on defendant, through counsel, by facsimile transmission and addressed to:

Reginald Williamson, Esq.
Public Defender Service
633 Indiana Avenue, N.W.
Washington, D.C. 20004
Fax: (202) 824-2657
Atty. for Defendant

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney