IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE UNITED STATES v. DAVID LEGGETT )
)
)
)
) Civil Action No. 07 MS -43 (PLF)
)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a), Court Services and Offender Supervision Agency (CSOSA), through undersigned counsel, respectfully requests dismissal of this miscellaneous subpoena matter with prejudice. The underlying lawsuit has been resolved.

Respectfully submitted,

     /s/
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., 10th flr.
Washington, D.C. 20530
(202) 305-1334

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that, on January 31st, 2007, service of the foregoing **Notice of Voluntary Dismissal** was made by mailing copies postage prepaid to:

Reginald Williamson, Esq.<br>
Public Defender Service, NW<br>
633 Indiana Ave, NW<br>
Washington, D.C. 20004<br>
Fax 2/824-2657<br>
Atty for Defendant

           _____/s/_____
           Heather D. Graham-Oliver
           Assistant United States Attorney
           United States Attorney's Office
           for the District of Columbia
           Judiciary Center Building
           555 4th Street, NW, 10th Floor
           Washington, D.C. 20530
           (202) 305-1334