UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE UNITED STATES V. DAVID LEGGETT | : | |
| | : | 07-MS-43 (PLF) |
| SUBPOENA ACTION | : | |
| | : | |

## NOTICE OF NON-OPPOSITION TO VOLUNTARY DISMISSAL

On January 31, 2007, the Court Services and Offender Supervision Agency for the District of Columbia (CSOSA) filed a notice requesting dismissal of the case that it removed to United States District Court in which it sought to challenge the validity and enforceability of a D.C. Superior Court subpoena for CSOSA records. Mr. Leggett does not oppose dismissal. However, he files this notice to note his disagreement with CSOSA's assertion that "the issues presented are moot." In fact, CSOSA has, of late, attempted to evade enforcement of D.C. Superior Court subpoenas in other cases in precisely the same way that it did in this case – by improperly removing this case from D.C. Superior Court to this Court and raising patently baseless federal defenses to the subpoena – tactics which are demonstrably capable of repetition yet evading review. *See Honig v. Doe*, 484 U.S. 305, 318 (1988).

Respectfully Submitted,

Catharine F. Easterly

Timothy O'Toole D.C. Bar # 469800
Catharine F. Easterly D.C. Bar # 484537
Special Litigation Division
Public Defender Service
633 Indiana Ave, NW
Washington D.C. 20004
(202) 628-1200